**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eric W. Wang                       CHAPTER 13
        Heather A. Wang

               Debtor(s)                  BKY. NO. 22-12358 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                                    Respectfully submitted,

                                       /s/ *Rebecca Solarz*
                                       Rebecca Solarz
                                       14 Sep 2022, 16:42:13, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322