United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12358-amc |
| Eric W. Wang | Chapter 13 |
| Heather A. Wang | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Eric W. Wang, Heather A. Wang, 6249 Patrick Henry Court, Bensalem, PA 19020-1832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL H. YOUNG | on behalf of Joint Debtor Heather A. Wang support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Eric W. Wang support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Sep 13, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 4

In the United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                              Chapter 13

Eric W. Wang
Heather A. Wang

      Debtor(s)                              Bankruptcy NO.  22-12358 -AMC

## Order

    And Now, upon consideration of the Debtor(s)' *Motion to Extend the 30 Day Stay* (the "Motion"), it is hereby

    Ordered that pending further order of this Court, the Automatic Stay under 11 U.S.C. Section 362 is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect until October 12, 2022 unless modified by the Court in accordance with §362(d) and Fed. R. Bankr. P. 4001(a).  A **telephonic** hearing on the Motion shall be held on October 12, 2022 at 11:00 a.m. in Bankruptcy Court to consider further extension of the automatic stay. **Parties are to Dial: 877-873-8017 Access Code: 3027681# .**

Counsel for Debtor(s) shall serve this Order on all interested parties by Electronic Means and/or first-class mail.

                                                 By the Court:

Dated:  September 13, 2022

                                              ASHELY M. CHAN
                                              United States Bankruptcy Judge