**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ERIC W. WANG | : | CHAPTER 13 |
| HEATHER A. WANG | : | |
| Debtors | : | NO. 22-12358 |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an extension to **October 7, 2022** in which to file the Debtors' Schedules, Statement of Affairs, Ch13 Income Form 122C-1, Chapter 13 Plan, and two months' income information.

**Date: September 21, 2022**

_____ J.