# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ERIC WANG | : | CHAPTER 13 |
| HEATHER WANG | : | |
| Debtor | : | BANKRUPTCY NO. 22-12358 |

## ORDER

**AND NOW**, this _____ day of _____, 2022, upon Motion of the Debtors, the automatic stay in this case is extended beyond 30 days and for the duration of this case unless relief from same is granted.

BY THE COURT:

_[signature]_

**Date: October 13, 2022**

_____ J.