United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-12358-amc |
|---|---|
| Eric W. Wang | Chapter 13 |
| Heather A. Wang | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric W. Wang, Heather A. Wang, 6249 Patrick Henry Court, Bensalem, PA 19020-1832 |
| 14719529 | | Bureau Of Account Mana, Bureau Of Account, Camp Hill, PA 17011 |
| 14719530 | + | Cenlar FSB, 26642 Towne Center Dr., Foothill Ranch, CA 92610-2808 |
| 14719533 | + | Inspire Federal Credit, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14719538 | + | Regions Bank/greensky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14719539 | + | Santander Consumer USA Inc., 3818 E Coronado, Anaheim, CA 92807-1620 |
| 14719540 | | State Farm Bank, F.s.b, Attn Credit Reporting, Bloomington, IL 61702 |
| 14719542 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 15 2022 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14721473 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2022 00:27:22 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14719531 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 15 2022 00:16:00 | Comenity Bank/torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 14719532 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 15 2022 00:16:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14719534 | + | Email/Text: jmerrill@inspirefcu.org | Oct 15 2022 00:16:00 | Inspire Federal Credit, 3 Friends Ln, Newtown, PA 18940-3426 |
| 14721471 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2022 00:27:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14719536 | | Email/Text: EBN@Mohela.com | Oct 15 2022 00:16:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14719535 | + | Email/Text: MDSBankruptcies@meddatsys.com | Oct 15 2022 00:16:00 | Medical Data Systems I, 755 West Nasa Boulevard, Melbourne, FL 32901-1815 |
| 14723174 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2022 00:16:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14719742 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 15 2022 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14720603 | | Email/Text: bnc-quantum@quantum3group.com | Oct 15 2022 00:16:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14719537 | + | Email/Text: joey@rmscollect.com | | |

Case 22-12358-amc    Doc 21    Filed 10/16/22    Entered 10/17/22 00:29:44    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 15 2022 00:16:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14724415 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Oct 15 2022 00:16:00 | Santander Consumer USA, Inc.,, successor in interest to Gateway, One Lending & Finance, LLC, P.O. Box 961245, Dallas, TX 76161-0244 |
| 14719541 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Oct 15 2022 00:16:00 | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 14726900 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Oct 15 2022 00:27:25 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14719543 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Oct 15 2022 00:27:21 | Wf/fmg, Po Box 14517, Des Moines, IA 50306-3517 |
| 14721669 | ^ | MEBN | | |
| | | | Oct 15 2022 00:15:11 | loanDepot.com, LLC, C/O KML Law Group, Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL H. YOUNG | on behalf of Joint Debtor Heather A. Wang support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Eric W. Wang support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Oct 14, 2022 Form ID: pdf900 Total Noticed: 25
TOTAL: 5

**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ERIC WANG | : | CHAPTER 13 |
| | HEATHER WANG | : | |
| | Debtor | : | BANKRUPTCY NO. 22-12358 |

**ORDER**

**AND NOW**, this _____ day of _____, 2022, upon Motion of the Debtors, the automatic stay in this case is extended beyond 30 days and for the duration of this case unless relief from same is granted.

BY THE COURT:

_____
                                                                                                                          J.

**Date: October 13, 2022**