## Earnings Statement

**WANG, ERIC**

| | |
|---|---|
| Pay Date: 08/19/2022 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 07/31/2022 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 08/13/2022 | 320 PENN AVE |
| | WEST READING  PA  19611    (610) 378-0101 |

Emp #: A0CO
Dept: 000012SVCKOP - Service
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2500.00 | 37383.80 |
| Paid Time Off | | 0.00 | 3471.20 |
| Auto Allowance | | 184.62 | 3138.54 |
| Expense Reimbursement No Tax | | 0.00 | 100.00 |
| Holiday | | 0.00 | 1357.00 |
| Incentive | | 675.00 | 3635.00 |
| Mileage Reimbursement - NO Tax | | 87.11 | 712.57 |
| Parking & Tolls - No Tax | | 22.45 | 3408.13 |
| **Gross** | | **3469.18** | **53206.24** |
| **W/H Taxes** | | | |
| Federal W/H(M/0) | | 279.56 | 3724.58 |
| Medicare | | 42.94 | 611.72 |
| Social Security | | 183.61 | 2615.65 |
| Penn. State W/H(M/0) | | 90.92 | 1295.18 |
| 460701,LOWER MERION TWP | | 29.61 | 421.89 |
| LST 460701, LOWER MERION TWP | | 2.00 | 34.00 |
| Pennsylvania UI/HC/WF | | 1.91 | 27.54 |
| **Deductions** | | | |
| Accident Insurance | | 12.23 | 226.81 |
| Cancer Insurance | | 8.98 | 152.66 |
| Critical Illness Employee | | 3.55 | 118.17 |
| Critical Illness Spouse | | 1.78 | 63.02 |
| EE HSA Plan | | 20.00 | 360.00 |
| EE Opt Life | | 1.57 | 104.81 |
| LTD | | 11.70 | 307.19 |
| Medical 2000 HSA | | 161.68 | 2748.56 |
| Met Life Dental High | | 29.54 | 502.18 |
| Spouse Opt Life | | 0.78 | 33.00 |
| Vision - Pre Tax 2 | | 2.36 | 7.08 |
| Vision-SEC 125 | | 0.00 | 41.30 |
| **Net Pay** | | **2584.46** | **39810.90** Voucher No. 405670264DD |

**Net Pay Distribution**

| | Current Period | Year To Date | | |
|---|---|---|---|---|
| Direct Deposit Net Check | 2584.46 | 39810.90 A/C:8258 | | |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 93.31 | 112.00 | -18.69 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| AD&D 0-64 Memo Deduction | 0.00 | 6.44 | *Memo Only | |

\*\*Accruals balances are accurate as of processing 08/17/2022 04:08 am

Voucher No. 405670264DD

FRASER ADVANCED INFORMATION SYSTEMS
320 PENN AVE
WEST READING, PA   19611

DATE: 08/19/2022

Dept: 000012SVCKOP

**Net Pay:**  2584.46

Two Thousand Five Hundred Eighty Four And 46/100 Dollars

WANG, ERIC
6249 PATRICK HENRY COURT
BENSALEM, PA  19020

**For Record Purposes Only**
\*\*NON-NEGOTIABLE\*\*

# Earnings Statement

**WANG, ERIC**

| | |
|---|---|
| Pay Date: 08/05/2022 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 07/17/2022 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 07/30/2022 | 320 PENN AVE |
| | WEST READING  PA  19611   (610) 378-0101 |

Emp #: A0CO
Dept: 000012SVCKOP - Service
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2250.00 | 34883.80 |
| Paid Time Off | | 250.00 | 3471.20 |
| Auto Allowance | | 184.62 | 2953.92 |
| Expense Reimbursement No Tax | | 0.00 | 100.00 |
| Holiday | | 0.00 | 1357.00 |
| Incentive | | 0.00 | 2960.00 |
| Mileage Reimbursement - NO Tax | | 43.67 | 625.46 |
| Parking & Tolls - No Tax | | 422.50 | 3385.68 |
| **Gross** | | 3150.79 | 49737.06 |
| **W/H Taxes** | | | |
| Federal W/H(M/0) | | 198.56 | 3445.02 |
| Medicare | | 33.15 | 568.78 |
| Social Security | | 141.76 | 2432.04 |
| Penn. State W/H(M/0) | | 70.19 | 1204.26 |
| 460701,LOWER MERION TWP | | 22.86 | 392.28 |
| LST 460701, LOWER MERION TWP | | 2.00 | 32.00 |
| Pennsylvania UI/HC/WF | | 1.50 | 25.63 |
| **Deductions** | | | |
| Accident Insurance | | 12.23 | 214.58 |
| Cancer Insurance | | 8.98 | 143.68 |
| Critical Illness Employee | | 3.55 | 114.62 |
| Critical Illness Spouse | | 1.78 | 61.24 |
| EE HSA Plan | | 20.00 | 340.00 |
| EE Opt Life | | 1.57 | 103.24 |
| LTD | | 11.70 | 295.49 |
| Medical 2000 HSA | | 161.68 | 2586.88 |
| Met Life Dental High | | 29.54 | 472.64 |
| Spouse Opt Life | | 0.78 | 32.22 |
| Vision - Pre Tax 2 | | 2.36 | 4.72 |
| Vision-SEC 125 | | 0.00 | 41.30 |
| **Net Pay** | | 2426.60 | 37226.44 Voucher No. 402559863DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 2426.60 | 37226.44 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 79.98 | 112.00 | -32.02 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| AD&D 0-64 Memo Deduction | 0.00 | 6.44 | *Memo Only | |

**Accruals balances are accurate as of processing 08/3/2022 04:08 am

---

Voucher No. 402559863DD

FRASER ADVANCED INFORMATION SYSTEMS
320 PENN AVE
WEST READING, PA   19611

DATE: 08/05/2022

Dept: 000012SVCKOP

**Net Pay:**                            **2426.60**

Two Thousand Four Hundred Twenty Six And 60/100 Dollars

WANG, ERIC
6249 PATRICK HENRY COURT
BENSALEM, PA  19020

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

**WANG, ERIC**

| | |
|---|---|
| Pay Date: 07/22/2022 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 07/03/2022 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 07/16/2022 | 320 PENN AVE |
| | WEST READING  PA  19611   (610) 378-0101 |

Emp #: A0CO
Dept: 000012SVCKOP - Service
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2125.00 | 32633.80 |
| Paid Time Off | | | 125.00 | 3221.20 |
| Auto Allowance | | | 184.62 | 2769.30 |
| Expense Reimbursement No Tax | | | 0.00 | 100.00 |
| Holiday | | | 250.00 | 1357.00 |
| Incentive | | | 560.00 | 2960.00 |
| Mileage Reimbursement - NO Tax | | | 62.76 | 581.79 |
| Parking & Tolls - No Tax | | | 9.70 | 2963.18 |
| **Gross** | | | **3317.08** | **46586.27** |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 265.76 | 3246.46 |
| Medicare | | | 41.27 | 535.63 |
| Social Security | | | 176.48 | 2290.28 |
| Penn. State W/H(M/0) | | | 87.39 | 1134.07 |
| 460701,LOWER MERION TWP | | | 28.46 | 369.42 |
| LST 460701, LOWER MERION TWP | | | 2.00 | 30.00 |
| Pennsylvania UI/HC/WF | | | 1.84 | 24.13 |
| **Deductions** | | | | |
| Accident Insurance | | | 12.23 | 202.35 |
| Cancer Insurance | | | 8.98 | 134.70 |
| Critical Illness Employee | | | 3.55 | 111.07 |
| Critical Illness Spouse | | | 1.78 | 59.46 |
| EE HSA Plan | | | 20.00 | 320.00 |
| EE Opt Life | | | 1.57 | 101.67 |
| LTD | | | 11.70 | 283.79 |
| Medical 2000 HSA | | | 161.68 | 2425.20 |
| Met Life Dental High | | | 29.54 | 443.10 |
| Spouse Opt Life | | | 0.78 | 31.44 |
| Vision - Pre Tax 2 | | | 2.36 | 2.36 |
| Vision-SEC 125 | | | 0.00 | 41.30 |
| **Net Pay** | | | **2459.71** | **34799.84** Voucher No. 399436343DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2459.71 | 34799.84 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 79.98 | 104.00 | -24.02 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| AD&D 0-64 Memo Deduction | 0.00 | 6.44 | *Memo Only | |

**Accruals balances are accurate as of processing 07/20/2022 04:08 am

---

Voucher No. 399436343DD

FRASER ADVANCED INFORMATION SYSTEMS
320 PENN AVE
WEST READING, PA   19611

DATE: 07/22/2022

Dept: 000012SVCKOP

**Net Pay:**  2459.71

Two Thousand Four Hundred Fifty Nine And 71/100 Dollars

WANG, ERIC
6249 PATRICK HENRY COURT
BENSALEM, PA  19020

For Record Purposes Only
**NON-NEGOTIABLE**