**DOUGLAS P TERRY INC**
Remax Properties Ltd
210 Penns Trl Ste 100
Newtown PA 18940

0026-G288
ORG1:100 Payroll
EE ID: 74    DD

*Payrolls by Paychex, Inc.*

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA 19020

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Heather Wang
6249 Patrick Henry Ct
Bensalem, PA 19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 74

Home Department: 100 Payroll

Pay Period: 08/10/22 to 08/23/22
Check Date: 08/25/22    Check #: 14583

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 463 | 1417.79 | 23416.37 |
| **NET PAY** | **1417.79** | **23416.37** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1800.00 | | 29700.01 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1800.00 | | 29700.01 |
| | Total Hrs Worked | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 111.60 | 1841.40 |
| Medicare | | 26.10 | 430.65 |
| Fed Income Tax | MWS 1 | 168.17 | 2750.99 |
| PA Income Tax | | 55.26 | 911.73 |
| PA Unemploy | | 1.08 | 17.84 |
| PA LNEBU-Buc L | | 2.00 | 34.00 |
| PA NWTWP-Buc | | 18.00 | 297.03 |
| **TOTAL** | | **382.21** | **6283.64** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1417.79** | **23416.37** |

*Payrolls by Paychex, Inc.*

**0026 0026-G288** Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trl Ste 100 • Newtown PA 18940 • (215) 579-3238

DOUGLAS P TERRY INC
Remax Properties Ltd
210 Penns Trail Suite 100
Newtown PA 18940

0026-G288
ORG1:100 Payroll
EE ID: 74          DD

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA  19020

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

### PERSONAL AND CHECK INFORMATION
Heather Wang
6249 Patrick Henry Ct
Bensalem, PA 19020
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 74

**Home Department:** 100 Payroll

**Pay Period:** 07/27/22 to 08/09/22
**Check Date:** 08/11/22    **Check #:** 14571

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 463 | 1417.79 | 21998.58 |
| **NET PAY** | **1417.79** | **21998.58** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1800.00 | | 27900.01 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 1800.00 | | 27900.01 |
| | **Total Hrs Worked** | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 111.60 | 1729.80 |
| Medicare | | 26.10 | 404.55 |
| Fed Income Tax | MWS 1 | 168.17 | 2582.82 |
| PA Income Tax | | 55.26 | 856.47 |
| PA Unemploy | | 1.08 | 16.76 |
| PA LNEBU-Buc L | | 2.00 | 32.00 |
| PA NWTWP-Buc | | 18.00 | 279.03 |
| **TOTAL** | | **382.21** | **5901.43** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1417.79 | 21998.58 |

*Payrolls by Paychex, Inc.*

**0026 0026-G288** Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trail Suite 100 • Newtown PA 18940 • (215) 579-3238

DOUGLAS P TERRY INC
Remax Properties Ltd
210 Penns Trail Suite 100
Newtown PA 18940

0026-G288
ORG1:100 Payroll
EE ID: 74    DD

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA  19020

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**
Heather Wang
6249 Patrick Henry Ct
Bensalem, PA  19020
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 74

**Home Department:** 100 Payroll

**Pay Period:** 07/13/22 to 07/26/22
**Check Date:** 07/28/22    **Check #:** 14562
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 463 | 1417.79 | 20580.79 |
| **NET PAY** | **1417.79** | **20580.79** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1800.00 | | 26100.01 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 1800.00 | | 26100.01 |
| | **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 111.60 | 1618.20 |
| Medicare | | 26.10 | 378.45 |
| Fed Income Tax | MWS 1 | 168.17 | 2414.65 |
| PA Income Tax | | 55.26 | 801.21 |
| PA Unemploy | | 1.08 | 15.68 |
| PA LNEBU-Buc L | | 2.00 | 30.00 |
| PA NWTWP-Buc | | 18.00 | 261.03 |
| **TOTAL** | | 382.21 | 5519.22 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1417.79 | 20580.79 |

Payrolls by Paychex, Inc.

0026 0026-G288 Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trail Suite 100 • Newtown PA 18940 • (215) 579-3238

DOUGLAS P TERRY INC
Remax Properties Ltd
210 Penns Trail Suite 100
Newtown PA 18940

0026-G288
ORG1:100 Payroll
EE ID: 74    DD

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA 19020

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Heather Wang | | |
| 6249 Patrick Henry Ct | | |
| Bensalem, PA 19020 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 74 | | |
| Home Department: 100 Payroll | | |
| Pay Period: 06/29/22 to 07/12/22 | | |
| Check Date: 07/14/22    Check #: 14550 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 463 | 1417.79 | 19163.00 |
| **NET PAY** | **1417.79** | **19163.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | 1800.00 | | 24300.01 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 1800.00 | | 24300.01 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|
| | | Social Security | | 111.60 | 1506.60 |
| | | Medicare | | 26.10 | 352.35 |
| | | Fed Income Tax | MWS 1 | 168.17 | 2246.48 |
| | | PA Income Tax | | 55.26 | 745.95 |
| | | PA Unemploy | | 1.08 | 14.60 |
| | | PA LNEBU-Buc L | | 2.00 | 28.00 |
| | | PA NWTWP-Buc | | 18.00 | 243.03 |
| | | **TOTAL** | | 382.21 | 5137.01 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1417.79 | 19163.00 |

Payrolls by Paychex, Inc.

0026 0026-G288 Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trail Suite 100 • Newtown PA 18940 • (215) 579-3238