# Earnings Statement

**WANG, ERIC**

| | |
|---|---|
| Pay Date: 09/30/2022 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 09/11/2022 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 09/24/2022 | 320 PENN AVE |
| | WEST READING  PA  19611   (610) 378-0101 |

Emp #: A0CO
Dept: 000012SVCKOP - Service
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2000.00 | 43758.80 |
| Paid Time Off | | | 500.00 | 4346.20 |
| Auto Allowance | | | 184.62 | 3692.40 |
| Expense Reimbursement No Tax | | | 0.00 | 100.00 |
| Holiday | | | 0.00 | 1607.00 |
| Incentive | | | 685.00 | 4320.00 |
| Mileage Reimbursement - NO Tax | | | 111.07 | 932.47 |
| Parking & Tolls - No Tax | | | 35.30 | 3864.63 |
| **Gross** | | | **3515.99** | **62621.50** |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 280.76 | 4402.46 |
| Medicare | | | 43.09 | 721.12 |
| Social Security | | | 184.23 | 3083.39 |
| Penn. State W/H(M/0) | | | 91.22 | 1526.78 |
| 460701,LOWER MERION TWP | | | 29.71 | 497.32 |
| LST 460701, LOWER MERION TWP | | | 2.00 | 40.00 |
| Pennsylvania UI/HC/WF | | | 1.91 | 32.45 |
| **Deductions** | | | | |
| Accident Insurance | | | 12.23 | 263.50 |
| Cancer Insurance | | | 8.98 | 179.60 |
| Critical Illness Employee | | | 3.55 | 128.82 |
| Critical Illness Spouse | | | 1.78 | 68.36 |
| EE HSA Plan | | | 20.00 | 420.00 |
| EE Opt Life | | | 1.57 | 109.52 |
| LTD | | | 11.70 | 342.29 |
| Medical 2000 HSA | | | 161.68 | 3233.60 |
| Met Life Dental High | | | 29.54 | 590.80 |
| Spouse Opt Life | | | 0.78 | 35.34 |
| Vision - Pre Tax 2 | | | 2.36 | 14.16 |
| Vision-SEC 125 | | | 0.00 | 41.30 |
| **Net Pay** | | | **2628.90** | **46890.69** Voucher No. 414934503DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2628.90 | 46890.69 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 106.64 | 140.00 | -33.36 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| AD&D 0-64 Memo Deduction | 0.00 | 6.44 | *Memo Only | |

## Earnings Statement

**WANG, ERIC**

| | |
|---|---|
| Pay Date: 09/16/2022 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 08/28/2022 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 09/10/2022 | 320 PENN AVE |
| | WEST READING  PA  19611   (610) 378-0101 |

Emp #: A0CO
Dept: 000012SVCKOP - Service
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2000.00 | 41758.80 |
| Paid Time Off | | | 250.00 | 3846.20 |
| Auto Allowance | | | 184.62 | 3507.78 |
| Expense Reimbursement No Tax | | | 0.00 | 100.00 |
| Holiday | | | 250.00 | 1607.00 |
| Incentive | | | 0.00 | 3635.00 |
| Mileage Reimbursement - NO Tax | | | 57.54 | 821.40 |
| Parking & Tolls - No Tax | | | 11.00 | 3829.33 |
| **Gross** | | | **2753.16** | **59105.51** |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 198.56 | 4121.70 |
| Medicare | | | 33.15 | 678.03 |
| Social Security | | | 141.75 | 2899.16 |
| Penn. State W/H(M/0) | | | 70.19 | 1435.56 |
| 460701,LOWER MERION TWP | | | 22.86 | 467.61 |
| LST 460701, LOWER MERION TWP | | | 2.00 | 38.00 |
| Pennsylvania UI/HC/WF | | | 1.50 | 30.54 |
| **Deductions** | | | | |
| Accident Insurance | | | 12.23 | 251.27 |
| Cancer Insurance | | | 8.98 | 170.62 |
| Critical Illness Employee | | | 3.55 | 125.27 |
| Critical Illness Spouse | | | 1.78 | 66.58 |
| EE HSA Plan | | | 20.00 | 400.00 |
| EE Opt Life | | | 1.57 | 107.95 |
| LTD | | | 11.70 | 330.59 |
| Medical 2000 HSA | | | 161.68 | 3071.92 |
| Met Life Dental High | | | 29.54 | 561.26 |
| Spouse Opt Life | | | 0.78 | 34.56 |
| Vision - Pre Tax 2 | | | 2.36 | 11.80 |
| Vision-SEC 125 | | | 0.00 | 41.30 |
| **Net Pay** | | | **2028.98** | **44261.79** Voucher No. 411825812DD |

**Net Pay Distribution**

| | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 2028.98 | 44261.79 A/C:8258 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 106.64 | 124.00 | -17.36 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| AD&D 0-64 Memo Deduction | 0.00 | 6.44 *Memo Only | | |

| Earnings Statement | | | | WANG, ERIC |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Pay Date: 09/02/2022 | Company: 0N759 - WILLIAM A FRASER INC | | Emp #: A0CO |
| Period Start: 08/14/2022 | DBA: FRASER ADVANCED INFORMATION SYSTEMS | | Dept: 000012SVCKOP - Service |
| Period End: 08/27/2022 | 320 PENN AVE | | Pay Basis: Salary |
| | WEST READING  PA  19611    (610) 378-0101 | | |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2375.00 | 39758.80 |
| Paid Time Off | | | 125.00 | 3596.20 |
| Auto Allowance | | | 184.62 | 3323.16 |
| Expense Reimbursement No Tax | | | 0.00 | 100.00 |
| Holiday | | | 0.00 | 1357.00 |
| Incentive | | | 0.00 | 3635.00 |
| Mileage Reimbursement - NO Tax | | | 51.29 | 763.86 |
| Parking & Tolls - No Tax | | | 410.20 | 3818.33 |
| **Gross** | | | **3146.11** | **56352.35** |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 198.56 | 3923.14 |
| Medicare | | | 33.16 | 644.88 |
| Social Security | | | 141.76 | 2757.41 |
| Penn. State W/H(M/0) | | | 70.19 | 1365.37 |
| 460701,LOWER MERION TWP | | | 22.86 | 444.75 |
| LST 460701, LOWER MERION TWP | | | 2.00 | 36.00 |
| Pennsylvania UI/HC/WF | | | 1.50 | 29.04 |
| **Deductions** | | | | |
| Accident Insurance | | | 12.23 | 239.04 |
| Cancer Insurance | | | 8.98 | 161.64 |
| Critical Illness Employee | | | 3.55 | 121.72 |
| Critical Illness Spouse | | | 1.78 | 64.80 |
| EE HSA Plan | | | 20.00 | 380.00 |
| EE Opt Life | | | 1.57 | 106.38 |
| LTD | | | 11.70 | 318.89 |
| Medical 2000 HSA | | | 161.68 | 2910.24 |
| Met Life Dental High | | | 29.54 | 531.72 |
| Spouse Opt Life | | | 0.78 | 33.78 |
| Vision - Pre Tax 2 | | | 2.36 | 9.44 |
| Vision-SEC 125 | | | 0.00 | 41.30 |
| **Net Pay** | | | **2421.91** | **42232.81** Voucher No. 408772449DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2421.91 | 42232.81 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 93.31 | 116.00 | -22.69 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| AD&D 0-64 Memo Deduction | 0.00 | 6.44 | *Memo Only | |

# Earnings Statement

**WANG, ERIC**

| | |
|---|---|
| Pay Date: 08/19/2022 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 07/31/2022 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 08/13/2022 | 320 PENN AVE |
| | WEST READING  PA  19611   (610) 378-0101 |

Emp #: A0CO
Dept: 000012SVCKOP - Service
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2500.00 | 37383.80 |
| Paid Time Off | | | 0.00 | 3471.20 |
| Auto Allowance | | | 184.62 | 3138.54 |
| Expense Reimbursement No Tax | | | 0.00 | 100.00 |
| Holiday | | | 0.00 | 1357.00 |
| Incentive | | | 675.00 | 3635.00 |
| Mileage Reimbursement - NO Tax | | | 87.11 | 712.57 |
| Parking & Tolls - No Tax | | | 22.45 | 3408.13 |
| **Gross** | | | **3469.18** | **53206.24** |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 279.56 | 3724.58 |
| Medicare | | | 42.94 | 611.72 |
| Social Security | | | 183.61 | 2615.65 |
| Penn. State W/H(M/0) | | | 90.92 | 1295.18 |
| 460701,LOWER MERION TWP | | | 29.61 | 421.89 |
| LST 460701, LOWER MERION TWP | | | 2.00 | 34.00 |
| Pennsylvania UI/HC/WF | | | 1.91 | 27.54 |
| **Deductions** | | | | |
| Accident Insurance | | | 12.23 | 226.81 |
| Cancer Insurance | | | 8.98 | 152.66 |
| Critical Illness Employee | | | 3.55 | 118.17 |
| Critical Illness Spouse | | | 1.78 | 63.02 |
| EE HSA Plan | | | 20.00 | 360.00 |
| EE Opt Life | | | 1.57 | 104.81 |
| LTD | | | 11.70 | 307.19 |
| Medical 2000 HSA | | | 161.68 | 2748.56 |
| Met Life Dental High | | | 29.54 | 502.18 |
| Spouse Opt Life | | | 0.78 | 33.00 |
| Vision - Pre Tax 2 | | | 2.36 | 7.08 |
| Vision-SEC 125 | | | 0.00 | 41.30 |
| **Net Pay** | | | **2584.46** | **39810.90** Voucher No. 405670264DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2584.46 | 39810.90 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 93.31 | 112.00 | -18.69 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| AD&D 0-64 Memo Deduction | 0.00 | 6.44 | *Memo Only | |