DOUGLAS P TERRY INC
Remax Properties Ltd
210 Penns Trl Ste 100
Newtown PA 18940

0026-G268
ORG1:100 Payroll
EE ID: 74    DD

NON-NEGOTIABLE

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA 19020

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION
Heather Wang
6249 Patrick Henry Ct
Bensalem, PA 19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 74

Home Department: 100 Payroll

Pay Period: 09/21/22 to 10/04/22
Check Date: 10/06/22    Check #: 14613

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 463 | 1417.79 | 27669.74 |
| **NET PAY** | **1417.79** | **27669.74** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1800.00 | | 35100.01 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 1800.00 | | 35100.01 |
| | **Total Hrs Worked** | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 111.60 | 2176.20 |
| Medicare | | 26.10 | 508.95 |
| Fed Income Tax | MWS 1 | 168.17 | 3255.50 |
| PA Income Tax | | 55.26 | 1077.51 |
| PA Unemploy | | 1.08 | 21.08 |
| PA LNEBU-Buc L | | 2.00 | 40.00 |
| PA NWTWP-Buc | | 18.00 | 351.03 |
| **TOTAL** | | 382.21 | 7430.27 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1417.79 | 27669.74 |

Payrolls by Paychex, Inc.

0026 0026-G288  Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trl Ste 100 • Newtown PA 18940 • (215) 579-3238

DOUGLAS P TERRY INC
Remax Properties Ltd
210 Penns Trl Ste 100
Newtown PA 18940

0026-G288
ORG1:100 Payroll
EE ID: 74          DD

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA  19020

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Heather Wang
6249 Patrick Henry Ct
Bensalem, PA  19020
Soc Sec #: xxx-xx-xxxx    Employee ID: 74

Home Department: 100 Payroll

Pay Period: 09/07/22 to 09/20/22
Check Date: 09/22/22    Check #: 14604

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 463 | 1417.79 | 26251.95 |
| **NET PAY** | **1417.79** | **26251.95** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | 1800.00 | | 33300.01 |
| | | Total Hours | | | | | |
| | | Gross Earnings | | | 1800.00 | | 33300.01 |
| | | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 111.60 | 2064.60 |
| | Medicare | | 26.10 | 482.85 |
| | Fed Income Tax | MWS 1 | 168.17 | 3087.33 |
| | PA Income Tax | | 55.26 | 1022.25 |
| | PA Unemploy | | 1.08 | 20.00 |
| | PA LNEBU-Buc L | | 2.00 | 38.00 |
| | PA NWTWP-Buc | | 18.00 | 333.03 |
| | **TOTAL** | | **382.21** | **7048.06** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1417.79** | **26251.95** |

Payrolls by Paychex, Inc.

0026 0026-G288    Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trl Ste 100 • Newtown PA 18940 • (215) 579-3238

DOUGLAS P TERRY INC
Remax Properties Ltd
210 Penns Trl Ste 100
Newtown PA 18940

0026 0026
ORG1:100 Payroll
EE ID: 74    DD

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA  19020

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION
Heather Wang
6249 Patrick Henry Ct
Bensalem, PA  19020
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 74

**Home Department:** 100 Payroll

**Pay Period:** 08/24/22 to 09/06/22
**Check Date:** 09/08/22    **Check #:** 14592

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 463 | 1417.79 | 24834.16 |
| **NET PAY** | **1417.79** | **24834.16** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | 1800.00 | | 31500.01 |
| | | Total Hours | | | | | |
| | | Gross Earnings | | | 1800.00 | | 31500.01 |
| | | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 111.60 | 1953.00 |
| | Medicare | | 26.10 | 456.75 |
| | Fed Income Tax | MWS 1 | 168.17 | 2919.16 |
| | PA Income Tax | | 55.26 | 966.99 |
| | PA Unemploy | | 1.08 | 18.92 |
| | PA LNEBU-Buc L | | 2.00 | 36.00 |
| | PA NWTWP-Buc | | 18.00 | 315.03 |
| | **TOTAL** | | 382.21 | 6665.85 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **1417.79** | **24834.16** |

Payrolls by Paychex, Inc.

0026 0026-G288  Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trl Ste 100 • Newtown PA  18940 • (215) 579-3238

DOUGLAS P TERRY INC
Remax Properties Ltd
210 Penns Trl Ste 100
Newtown PA 18940

0026 D288
ORG1:100 Payroll
EE ID: 74    DD

NON-NEGOTIABLE

HEATHER WANG
6249 PATRICK HENRY CT
BENSALEM PA 19020

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION
Heather Wang
6249 Patrick Henry Ct
Bensalem, PA 19020
**Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 74

**Home Department:** 100 Payroll

**Pay Period:** 08/10/22 to 08/23/22
**Check Date:** 08/25/22   **Check #:** 14583

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 463 | 1417.79 | 23416.37 |
| **NET PAY** | **1417.79** | **23416.37** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1800.00 | | 29700.01 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 1800.00 | | 29700.01 |
| | **Total Hrs Worked** | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 111.60 | 1841.40 |
| Medicare | | 26.10 | 430.65 |
| Fed Income Tax | MWS 1 | 168.17 | 2750.99 |
| PA Income Tax | | 55.26 | 911.73 |
| PA Unemploy | | 1.08 | 17.84 |
| PA LNEBU-Buc L | | 2.00 | 34.00 |
| PA NWTWP-Buc | | 18.00 | 297.03 |
| **TOTAL** | | 382.21 | 6283.64 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1417.79** | **23416.37** |

Payrolls by Paychex, Inc.

0026 0026-G288   Douglas P Terry Inc • Remax Properties Ltd • 210 Penns Trl Ste 100 • Newtown PA 18940 • (215) 579-3238