UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Eric W. Wang<br>    Heather A. Wang<br><br>              Debtors | Chapter 13<br>Bankruptcy No.22-12358-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 30th day of January, 2023, by first class mail upon those listed below:

Eric W. Wang
Heather A. Wang
6249 Patrick Henry Court
Bensalem, PA  19020

**Electronically via CM/ECF System Only:**

YOUNG MARR  & ASSOCIATES
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM, PA  19020

>  */s/ Kristen Gliem*
> Kristen Gliem
> for
> Scott F. Waterman, Esquire
> Standing Chapter 13 Trustee