# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heather A. Wang<br>Eric W. Wang<br>                           Debtor(s) | CHAPTER 13 |
| loanDepot.com, LLC, its successors and/or assigns<br>                           Movant<br>      vs.<br>Heather A. Wang<br>Eric W. Wang<br>                           Debtor(s)<br>Scott F. Waterman<br>                           Trustee | NO. 22-12358 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of loanDepot.com, LLC, which was filed with the Court on or about **November 21, 2022**.

Dated: April 7, 2023

                                                      Respectfully submitted,

                                                      /s/ Mark A. Cronin
                                                      Mark A. Cronin, Esq.
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA  19106
                                                      Phone: (215)-627-1322
                                                      mcronin@kmllawgroup.com