IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>ERIC W. WANG, and<br>HEATHER A. WANG,<br><br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>    Movant,<br><br>        v.<br><br>ERIC W. WANG,<br>HEATHER A. WANG and<br>SCOTT F. WATERMAN, Trustee,<br>    Respondents. | Bankruptcy No. 22-12358-amc<br><br>Chapter 13<br><br>Related to Doc. No. 30 |

PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK OF COURTS:

    Kindly withdraw the Objection to Confirmation of Plan filed on behalf of Toyota Motor Credit Corporation on November 21, 2022 at Document No. 28. The Debtor's First Amended Chapter 13 Plan filed on August 4, 2023 at Document No. 47 resolves the Objection to Confirmation of Plan.

Dated: August 10, 2023

                                                    Respectfully submitted,

                                                    By: /s/ Keri P. Ebeck
                                                    Keri P. Ebeck
                                                    PA I.D. # 91298
                                                    kebeck@bernsteinlaw.com
                                                    601 Grant Street, 9th Floor
                                                    Pittsburgh, PA 15219
                                                    412-456-8112
                                                    Fax: 412-456-8135

                                                    Counsel for Toyota Motor Credit Corporation