| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-12358-AMC**

Eric W. Wang  
Heather A. Wang  
6249 Patrick Henry Court  
Bensalem  PA    19020

Petition Filed Date: 09/07/2022  
341 Hearing Date: 11/18/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/18/2022 | $1,314.00 | | 11/22/2022 | $1,314.00 | | 01/18/2023 | $1,314.00 | |
| 02/07/2023 | $1,314.00 | | 03/21/2023 | $1,314.00 | | 04/24/2023 | $1,314.00 | |
| 05/09/2023 | $1,580.00 | | 05/31/2023 | $1,580.00 | | 06/13/2023 | $1,580.00 | |
| 07/14/2023 | $1,580.00 | | | | | | | |

**Total Receipts for the Period:  $14,204.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,204.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS |||||| 
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $5,700.00 | $0.00 | $5,700.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $178.73 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $31.50 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC »» 002 | Unsecured Creditors | $553.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC »» 003 | Unsecured Creditors | $483.84 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $337.21 | $0.00 | $0.00 |
| 6 | ASHLEY FUNDING SVCS LLC »» 005 | Unsecured Creditors | $379.00 | $0.00 | $0.00 |
| 7 | ASHLEY FUNDING SVCS LLC »» 006 | Unsecured Creditors | $58.50 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $1,140.15 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC »» 008 | Unsecured Creditors | $723.22 | $0.00 | $0.00 |
| 10 | SANTANDER CONSUMER USA »» 009 | Secured Creditors | $9,676.54 | $0.00 | $0.00 |
| 11 | WELLS FARGO »» 010 | Unsecured Creditors | $634.06 | $0.00 | $0.00 |
| 12 | TOYOTA MOTOR CREDIT CORP »» 011 | Secured Creditors | $4,095.95 | $0.00 | $0.00 |
| 13 | AFNI INC »» 012 | Secured Creditors | $15,259.84 | $0.00 | $0.00 |
| 14 | ASHLEY FUNDING SVCS LLC »» 013 | Unsecured Creditors | $814.00 | $0.00 | $0.00 |

| 15 | LOAN DEPOT<br>»» 014 | Mortgage Arrears | $43,595.58 | $0.00 | $0.00 |
| 16 | MOHELA ON BEHALF OF<br>»» 015 | Unsecured Creditors | $39,197.10 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,204.00 | Current Monthly Payment: | $1,580.00 |
| Paid to Claims: | $0.00 | Arrearages: | $266.00 |
| Paid to Trustee: | $1,212.66 | Total Plan Base: | $91,890.00 |
| Funds on Hand: | $12,991.34 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.