IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ERIC W. WANG, and<br>HEATHER A. WANG,<br><br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>    Movant,<br><br>        v.<br><br>ERIC W. WANG,<br>HEATHER A. WANG,<br>DONALD A. WSZALAK and<br>SCOTT F. WATERMAN, Trustee,<br>    Respondents. | Bankruptcy No.  22-12358-amc<br><br>Chapter 13<br><br>Document No. |

CERTIFICATE OF SERVICE

     I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on August 30, 2023, I served a copy of the Motion for Relief from Automatic Stay and Co-Debtor Stay and a copy of the Notice of Motion, Hearing Date and Response Deadline by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Eric W. Wang<br>Heather A. Wang<br>6249 Patrick Henry Court<br>Bensalem, PA 19020 | Donald A. Wszalak<br>1018 Summer Ln<br>Pottstown, PA 19465 |

| | |
|---|---|
| Paul H. Young<br>Young, Marr, Mallis & Deane, LLC<br>3554 Hulmeville Rd., Ste 102<br>Bensalem, PA 1902 | Scott F. Waterman<br>2901 St. Lawrence Ave., Suite 100<br>Reading, PA 19606 |

| Office of United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135