UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| ERIC W. WANG | : | 10/18/2023 11:00 A.M. |
| HEATHER A. WANG | : | Courtroom No. 4 |
| | : | |
| | : | Case No. 22-12358 |

### ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied.  It is Debtors intention to make their payment through their Chapter 13 Plan and an amended Plan will be filed shortly hereafter.  This error in Plan language was due to counsel error and is in way bad faith on the part of the Debtors.

10. Admitted.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

WHEREFORE, it is requested that this Honorable Court DENY and DISMISS movant's Motion for Relief from the Automatic Stay, or in the alternative approve a stipulation permitting the Debtors to become current on any missed post-petition payments.

Respectfully Submitted,

YOUNG, MARR & ASSOCIATES

By: /s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtors
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com