IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> ERIC W. WANG, and <br> HEATHER A. WANG, <br><br>     Debtor, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br><br>     Movant, <br><br>     v. <br><br> ERIC W. WANG, <br> HEATHER A. WANG, <br> DONALD A. WSZALAK and <br> SCOTT F. WATERMAN, Trustee, <br>     Respondents. | Bankruptcy No. 22-12358-amc <br><br> Chapter 13 <br><br> Document No. 52 |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

TO THE CLERK OF COURTS:

Kindly withdraw the Toyota Motor Credit Corporation Motion for Relief from Stay & Co-Debtor Stay Filed on August 30, 2023 at Document No. 52. The Debtor's Second Amended Plan filed on September 12, 2023 at Document No. 56 states the proposes to pay Toyota Motor Credit Corporation $11,221.26 at 7%.

Dated: September 20, 2023

                                        Respectfully submitted,

                                        By: /s/ Keri P. Ebeck
                                        Keri P. Ebeck
                                        PA I.D. # 91298
                                        kebeck@bernsteinlaw.com
                                        601 Grant Street, 9th Floor
                                        Pittsburgh, PA 15219
                                        412-456-8112
                                        Fax: 412-456-8135

                                        *Counsel for Toyota Motor Credit Corporation*